PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Rodney Stewart           Cr.: 16-00374-001
         PACTS #: 46361

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. WALLS
                                             SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/29/2016

Original Offense: 18 U.S.C. §§ 922(g)(1) & 924(e); Felon in Possession of a Firearm

Original Sentence: 118 months imprisonment, 36 months supervised release

Special Conditions: Search/Seizure, Substance Abuse Testing, Drug Treatment, Computer Search, Sex Offender Registration, Sex Offender Treatment, Sex Offender Assessment, No Contact with Minors, DNA testing, Special Assessment, Location Monitoring - Other

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/29/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 11, 2017, Stewart admitted to smoking marijuana on this date during an unannounced home visit. |

U.S. Probation Officer Action:
While the probation office is discouraged by Stewart's actions, we are requesting an opportunity to address his noncompliance internally. The probation office will continue to conduct random urine tests. The offender will also be referred to outpatient treatment for illicit drug use and mental health. If Your Honor agrees with our plan, the probation office will present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 10/31/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

15 March 2004
_____
Date

## U.S. PROBATION OFFICE
## DISTRICT OF NEW JERSEY

## ADMISSION OF DRUG USE

I, __Rodney Stewart__, hereby admit that I have used the following drug(s) on the date(s) indicated below:

__Marijuana__  __10/11/17__
Drug  Date

_____  _____
Drug  Date

_____  _____
Drug  Date

This admission of drug use is made voluntarily and without threat or promise.

_____ 1. No urine specimen has been collected for testing as I admit to recent illicit drug use as noted above.

_____ 2. A urine specimen has been collected from me and tested on site. I know that I may request to have my urine sample forwarded to Alere Laboratories for re-testing. However, I waive that right in acknowledging recent illicit drug use.

_____
Signature of Offender

__10/11/17__
Date Signed

__James Moran, USPO__
Name and Title of Witness

__10/11/17__
Date Signed